Jonathan Bakhsheshian (SBN 304282)
LAW OFFICES OF JONATHAN BAKHSHESHIAN
23901 Calabasas Road, Suite 2092
Calabasas, California 91302
(818) 528-4115
eservice@bakhlaw.com

Attorneys for Plaintiff,
JAZZMYN OLIVER

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
AARON KOLLITZ (Cal. Bar No. 238580)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-2083
        E-mail: aaron.kollitz@usdoj.gov

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZZMYN OLIVER, and individual,<br><br>Plaintiff.<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 50,<br><br>Defendants. | No. 2:25-cv-02026-MWF-(JPRx)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF PROCEDURE 41(1)(a)(ii)**<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

1

IT IS HEREBY STIPULATED by and between the parties that the above captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs and expenses.

Respectfully submitted,

Dated: March 2, 2026

*/s/ Jonathan Bakhsheshian\*\**

_____
JONATHAN BAKHSHESHIAN
LAW OFFICES OF JONATHAN BAKHSHESHIAN
Attorneys for Plaintiff Jazzmyn Oliver

Dated: March 2, 2026

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Aaron Kollitz*

_____
AARON KOLLITZ
Assistant United States Attorney
Attorneys for the United States of America

**Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

2